# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## March 25, 2010

| | | |
|---|---|---|
| 28877 | State v. Corder | Affirmed |
| 28045 | State v. Nguyen | Affirmed |

## April 28, 2010

| | | |
|---|---|---|
| 29885 | State v. Larsen | Vacated and Remanded |

## May 21, 2010

| | | |
|---|---|---|
| 29808 | Freitas v. State | Affirmed |
| 29764 | State v. Ahsing | Vacated in part and Reversed in part |

## June 17, 2010

| | | |
|---|---|---|
| 28388 | State v. Crespo | Affirmed |
| 29717 | State v. Jasper | Reversed |
| 30077 | State v. Tapusoa | Reversed |

## June 23, 2010

| | | |
|---|---|---|
| 29725 | Garcia v. State | Affirmed |
| 29956 | State v. Look | Vacated and Remanded |
| 29626 | State v. Manijo | Affirmed |
| 29890 | State v. Poouahi | Reversed in part and Affirmed in part |
| 30137 | State v. Villanueva | Remanded |
| 29960 | State v. Yip | Vacated and Remanded |
| 29875 | State v. Yoshioka | Reversed |

## August 26, 2010

| | | |
|---|---|---|
| 29456 | Thomas v. Kidani | Affirmed |